22795. PONS *v.* GEORGIA POWER COMPANY.

MacINTYRE, J. "This case having been entertained only upon the condition that the costs be paid within ten days, and the costs not having been so paid, the bill of exceptions must be dismissed. Civil Code (1910), § 6341; *Crews* v. *State*, 27 *Ga. App.* 309 (108 S. E. 125)." *Murphy* v. *Hoyle*, 45 *Ga. App.* 353 (164 S. E. 471).

*Writ of error dismissed. Guerry, J., concurs. Broyles, C. J., disqualified.*

DECIDED AUGUST 22, 1933.

*Sam E. & K. R. Murrell*, for plaintiff.

*Colquitt, Parker, Troutman & Arkwright, Harllee Branch Jr.*, for defendant.